UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: <u>THERESA CARRROLL BUCHANAN</u>

# MOTION HEARING

Date: 11-9-12
Start: 10:07 AM
Finish: 10:32 AM
Reporter: <u>FTR</u>
Deputy Clerk: <u>Tina Fitzgerad</u>

Civil Action Number: 12cv767

Winston et al.

vs.

Academi Training Center, Inc.

Appearance of Counsel for ( X ) Plaintiff ( X ) Defendant

Motion for Protective Order (DE #23)

( ) Matter is Uncontested and Taken Under Advisement

Argued &

( ) Granted ( ) Denied ( X ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

_____

( ) Report and Recommendation to Follow

( X ) Order to Follow