UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| WINSTON, <u>et al.</u>,<br>　　Plaintiffs, | )<br>)<br>)<br>) |  |
| v. | ) | Civ. No. 1:12cv767 |
| ACADEMI TRAINING CENTER, INC.,<br>　　Defendant. | )<br>)<br>)<br>) |  |

<u>ORDER</u>

　　FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

　　ORDERED that defendant's Motion for a Protective Order (Dkt. 23) is GRANTED in PART and DENIED in PART.

　　ENTERED this 9th day of November, 2012.

　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　THERESA CARROLL BUCHANAN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia