UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

WINSTON, <u>et</u> <u>al.</u>,  )
    Plaintiffs,  )
           v.  )  Civ. No. 1:12cv767
ACADEMI TRAINING CENTER, INC.,  )
    Defendant.  )

<u>ORDER</u>

FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

ORDERED that plaintiffs' Motion to Compel (Dkt. 33) is GRANTED.

ENTERED this 7th day of December, 2012.

                                   /s/
                           THERESA CARROLL BUCHANAN
                           UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia